**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PROTEIN BAR TECHNOLOGIES, LLC,**

    Plaintiff,

v.                                                 Case No.  8:07-cv-464-T-30MSS

**FORWARD FOODS, LLC,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon notice that the United States Patent and Trademark Office ("USPTO") has ordered re-examination of the two patents at issue in this litigation.  Upon review and consideration, the Court determines that this action should be stayed pending the USPTO's re-examination of the subject patents.

It is therefore ORDERED AND ADJUDGED that:.

1. This action is hereby **STAYED** pending resolution of the USPTO's re-examination of the two patents at issue in this litigation.

2. The parties are directed to notify the Court upon resolution of the USPTO's re-examination of the subject patents.

3. The parties are directed to file Status Reports on **June 1st and December 1st** of each year until this matter is concluded.

4. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case. The parties may move the Court to reopen the case upon motion and good cause shown.

5. Plaintiff's Motion for Claim Construction (Dkt. 41) and Defendant's Motion for Protective Order (Dkt. 67) are **DENIED without prejudice.** The parties may re-assert their motions and opposition papers regarding Markman claim construction once the case is reopened.

**DONE** and **ORDERED** in Tampa, Florida on January 25, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-464.stay.frm