**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PROTEIN BAR TECHNOLOGIES, LLC,

    Plaintiff,

v.                                              Case No: 8:07-cv-464-T-30TBM

FORWARD FOODS, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #101). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of June, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-464 stip dismiss 101.docx